No. 89–1252.   BASALYGA ET AL. *v.* PENNSYLVANIA ET AL., 494 U. S. 1017.   Petition of Vicki Wittenbreder for rehearing denied. Petition of Gene Basalyga for rehearing denied.